UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAMEROON WHITERU,** Individually and as Personal Representative of the Estate of Okiemute C. Whiteru, *et ux.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**<br><br>**Defendant.** | Civil Action No. 15-844 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's [105] Supplemental Motion for Summary Judgment is GRANTED; and

2. Judgment is ENTERED in favor of Defendant.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: October 14, 2022

1