# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMEROON WHITERU, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 15-cv-844 (JEB) |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Cameroon Whiteru, individually and as personal representative of the Estate of Okiemute C. Whiteru, and Agnes Whiteru appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's ruling on the Defendant's Second Supplemental Motion for Summary Judgment entered on October 14, 2022.

Respectfully submitted,

/s/Kobie A. Flowers
Kobie A. Flowers (D.C. Bar No. 991403)
Brown, Goldstein & Levy, LLP
1300 Eye Street NW, 8th Floor
Washington, D.C. 20005
(202) 742-5969
kflowers@browngold.com

/s/Louis G. Close, III
Louis G. Close, III (D.C. Bar No. 451715)
Louis G. Close III LLC
403 Central Avenue
Towson, Maryland 21204
(410) 296-3606
lclose@lgclaw.net

*Attorneys for Plaintiffs*

Dated: November 3, 2022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3, 2022, a copy of the foregoing Notice of Appeal was served, by the Court's ECF system, on:

Anthony T. Pierce
Caroline L. Wolverton
Akim Gump Strauss Hauer & Feld LLP
2001 K Street, N.W.
Washington, D.C. 20006
(202) 887-4000
apierce@akingump.com
cwolverton@akingump.com

Nimalan Amirthalingam
Kiernan Trebach LLP
1233 20th Street, N.W. Suite 800
Washington, D.C. 20036
(202) 712-7000
namirthalingam@bonnerkiernan.com

Brendan H. Chandonnet
Washington Metropolitan Area Transit Authority
600 Fifth Street, N.W.
Washington D.C. 20001
(202) 962-2805
bchandonnet@wmata.com

*Counsel for Defendant Washington Metropolitan Area Transit Authority*

/s/Kobie A. Flowers
Kobie A. Flowers